NEALE, Inc., et al., Appellants, v. ELECTRICAL PRODUCTS CORPORATION, a Corporation, Appellee.

No. 6629.

Circuit Court of Appeals, Ninth Circuit.

Oct. 12, 1931.

For former opinion, see 48 F.(2d) 824.

Before WILBUR and SAWTELLE, Circuit Judges, and JAMES, District Judge.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, ordered appeal dismissed; mandate forthwith.

Charles S. QUINZEL, a Creditor of George E. Thomas, Bankrupt, Petitioner, v. Harry G. HENDRICKS, Trustee in Bankruptcy of George E. Thomas, Bankrupt, and Joseph P. Day, a Debtor of Said Bankrupt, Respondents.

No. 4635.

Circuit Court of Appeals, Third Circuit.

Oct. 8, 1931.

Smith & Slingerland, of Newark, N. J., and E. A. Merrill, of Westfield, N. J., for appellant.

Samuel J. Kaufman, of Newark, N. J., for appellees.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM.

After argument and due consideration had, we are of opinion the order of the court below, made May 6, 1931, be, and the same is hereby, affirmed, and the petition of Charles S. Quinzel is dismissed at his cost.

George RIFFLER, Appellant, v. UNITED STATES of America, Appellee.

No. 6525.

Circuit Court of Appeals, Ninth Circuit.

Oct. 16, 1931.

Before WILBUR and SAWTELLE, Circuit Judges, and JAMES, District Judge.

PER CURIAM.

Pursuant to motion of Mr. Wellington D. Rankin, United States attorney, counsel for appellee, ordered appeal dismissed for failure of appellant to file brief before argument; mandate forthwith.

Vincent RITOLI, Appellant, v. A. C. ADER-HOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 6386.

Circuit Court of Appeals, Fifth Circuit.

Oct. 21, 1931.

Vincent Ritoli, in pro. per.

Clint W. Hager, U. S. Atty., and Hal Lindsay, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before BRYAN, FOSTER, and WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.